Jerauld *et al. v.* Dodge *et al.*

ment, in a matter wholly disconnected with his functions as Governor of the State ; but it is a case where he is required to act as Governor.   It is his office, as chief executive of the State; that gives force and vitality to the commission.   He executes it as the Governor of the State of Indiana ; and whether he derives his power to do so from the Constitution of the State, or by legislative enactment, without the office of chief executive behind it, it is of no validity.

Having reached the conclusion that the courts of this State have no power to control the Governor in matters of the kind before us, and that the conclusion of the Governor in the particular here involved is final, it follows that the Circuit Court erred in overruling the demurrer of the appellant to the replies, and in sustaining it to the answers.

Judgment reversed, with directions for further proceedings not inconsistent with this opinion.

Filed April 4, 1891.

---

No. 14,385.

JERAULD ET AL. *v.* DODGE ET AL.

From the Gibson Circuit Court.

*T. R. Paxton, C. A. Buskirk* and *J. W. Brady,* for appellants.

*R. D. Richardson, J. T. Walker, L. C. Embree, J. H. Miller, J. E. McCullough, A. P. Twineham* and *G. Palmer,* for appellees.

MITCHELL, J.—The questions involved in this appeal are the same as were determined in *Habig* v. *Dodge, ante,* p. 31.   The judgment of the court below is affirmed, with costs, for the reasons given in the opinion filed in that case.

Filed Sept. 20, 1890; petition for a rehearing overruled Jan. 28, 1891.